**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1220**

MIN TANG,

Plaintiff - Appellant,

v.

ROBERT F. KENNEDY, JR.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Stephanie A. Gallagher, District Judge.  (8:21-cv-02739-SAG)

Submitted:  March 13, 2025                          Decided:  June 13, 2025

Before HARRIS, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Richard L. Swick, SWICK & SHAPIRO, P.C., Washington, D.C., for Appellant.  Erek L. Barron, United States Attorney, Molissa H. Farber, Assistant United States Attorney, Andrew Moreira, Student Law Clerk, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Min Tang appeals the district court's order granting summary judgment in favor of Defendant on Tang's retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Tang v. Kennedy*, No. 8:21-cv-02739-SAG (D. Md. Jan. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*